**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| BRIAN POLEN, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-cv-842 |
| | § | JURY |
| ALLSTATE VEHICLE AND | § | |
| PROPERTY INSURANCE COMPANY, | § | |
|    Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff Brian Polen and Defendant Allstate Vehicle and Property Insurance Company's Agreed Motion for Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against all Defendants are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

The Clerk is directed to close this civil action.

IT IS SO ORDERED.

 SIGNED this 21st day of September, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE